IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY JOHN BEASLEY,

No. CV-09-2830 MMC (PR)

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

  v.

FRANCISCO JACQUEZ, Warden,

        Respondent.

_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** Petitioner's motion for reconsideration is hereby DENIED. The instant action is hereby DISMISSED without prejudice.

Dated: April 14, 2010                    Richard W. Wieking, Clerk

                                    *Tracy Lucero*

                                  By: Tracy Lucero
                                  Deputy Clerk